# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCADIAN CAPITAL LLC,<br>    Plaintiff,<br><br>    v.<br><br>CURA PARTNERS INC.,<br>    Defendant. | CV 20-3372 DSF (ASx)<br><br>Order to Show Cause re Remand for Lack of Subject Matter Jurisdiction |

    Defendant removed this case to this Court on the basis of diversity jurisdiction. However, the citizenship of one or more limited liability company parties is not properly pleaded. See Johnson v. Columbia Props. Anchorage, LP, 437 F.3d 894, 899 (9th Cir. 2006) (limited liability company is a citizen of the states of which each of its members is a citizen). Therefore, Defendant is ordered to file an amended notice of removal no later than April 28, 2020 correcting the jurisdictional allegations. Failure to allege subject matter jurisdiction adequately will result in the case being remanded.

    IT IS SO ORDERED.

Date: April 14, 2020

                                                         Dale S. Fischer<br>
                                                         United States District Judge