1  Kenneth G. Ruttenberg (SBN 167377)
   THE RUTTENBERG LAW FIRM, P.C.
2  1901 Avenue of the Stars, Suite 1020
3  Los Angeles, CA 90067
   Tel:    (310) 979-7080
4  Fax:    (310) 207-4033

5

   Attorneys for Plaintiff
6  ARCADIAN CAPITAL, LLC

7

8

                    **UNITED STATES DISTRICT COURT**
9
                    **CENTRAL DISTRICT OF CALIFORNIA**
10

11

| | |
|---|---|
| ARCADIAN CAPITAL LLC, a California limited liability company, | USDC CASE NO. 2:20-cv-03372-DSF-AS |
| Plaintiff, | **JOINT RULE 26(f) REPORT** |
| v. | Date:          June 22, 2020 |
| CURA PARTNERS INC., an Oregon corporation, and DOES 1 through 10, inclusive, | Time:          11:00 a.m. |
| Defendants. | Courtroom:   7D, First Street |

12
13
14
15
16
17
18

19      The parties submit this Joint Report pursuant to R. 26(f), Local R. 26, and the Court's

20  April 20, 2020 Order Setting Scheduling Conference:

21      **a.      Statement of the Case**

22      Plaintiff is suing Defendant for alleged breach of a February 21, 2018 Consulting

23  Agreement that required Defendant to pay Plaintiff a 3% fee for each investor that Plaintiff

24  referred to Defendant, from a list of approved investors attached to the Agreement. Plaintiff is

25  suing Defendant for breach of the Agreement and for declaratory relief as to Defendant's duty to

26  pay Plaintiff a 3% fee on all pending or future investments from the list of approved investors.

1   Defendant denies that an enforceable Agreement exists or was formed and raises various

2   defenses, including: (1) that Plaintiff was not legally formed when it entered into the Agreement

3   and that no consulting activities were performed by Plaintiff or on behalf of Plaintiff; (2) that any

4   alleged Agreement is void and illegal under state and federal securities laws, (3) that any alleged

5   Agreement is subject to rescission based on the fraud/misrepresentation(s) of Plaintiff's

6   members, and (4) that any alleged Agreement is not enforceable due to one or more common law

7   doctrines including unclean hands, unjust enrichment, and waiver/estoppel.

8   **b.      Subject Matter Jurisdiction**

9   The Court has diversity jurisdiction under 28 U.S.C. § 1332 based on complete diversity

10  between Plaintiff and its members (California) and Defendant (Oregon).

11  **c.      Legal Issues**

12  The primary legal issue for Plaintiff is whether Defendant breached the February 21,

13  2018 Consulting Agreement by not paying Plaintiff a 3% fee on all referred investors.

14  The primary legal issues for Defendant are whether Plaintiff can pursue a claim for

15  breach of the Agreement when it did not exist until September of 2019 and related formation and

16  enforceability issues, and whether the alleged Agreement is enforceable under state and federal

17  securities laws.

18  **d.      Parties, Evidence, etc.**

19  Plaintiff's Witnesses: Matthew J. Nordgren (managing member of LLC), 9663 Santa

20  Monica Blvd., No. 105, Beverly Hills, CA 90210.

21  Jason A. Sugarman (member of LLC), 9663 Santa Monica Blvd., No. 105, Beverly Hills,

22  CA 90210.

23  Boris Jordan (principal of Curaleaf Partners, Inc.).

24  Eduard Kelenchuk (colleague of Boris Jordan).

25  Nitin Khanna (former CEO of Cura Select).

26  Cameron Forni (former President of Cura Select).

Plaintiff's Documents: February 21, 2018 Consulting Agreement;

Plaintiff's bank statement reflecting $390,000 wire transfer on May 23, 2018 from Measure 8 Ventures; Curaleaf acquisition news reports; Plaintiff's operating agreement; emails, texts, and other communications between Plaintiff and Defendant.

Defendant's Witnesses: As of the date of this submission, Defendant identifies the same list of fact witnesses as Plaintiff.

Defendant's Documents: Emails, texts and other communications between the fact witnesses, as well as documents related to a transaction involving $390,000.00 and one or more separate entities, including but not limited to Arcadian New Venture GP LLC and Arcadian Capital Partners.

**e.     Damages**

Plaintiff seeks $11,715,000 from Defendant, based on 3% of the per-share valuation ($7.10/share) of the 55 million shares in Defendant that Curaleaf (one of the approved investors) purchased on February 1, 2018. Once Curaleaf's acquisition of the remaining 40.56 million shares closes, Plaintiff will seek 3% of that purchase, as well, based on Defendant's per-share valuation on the closing date. Plaintiff's claim for damages is based on the Agreement and share-purchase agreements.

**f.     Insurance**

Plaintiff: None; not applicable.

Defendant:  None.

**g.     Motions**

Plaintiff: None planned other than summary judgment (below).

Defendant: None planned other than summary judgment (below).

**h.     Manual for Complex Litigation**

Not applicable.

**i.     Status of Discovery**

1    Before the Scheduling Conference, the parties will have exchanged all information

2    required by R. 26(a)(1).

3    **j.    Discovery Plan**

4    Plaintiff: Depositions of Defendant's principals; document requests, request for

5    admissions, and special interrogatories.

6    Defendant: Depositions of the members of Plaintiff and the fact witnesses described by

7    the parties above. In addition, Defendant will issue document requests, requests for admissions,

8    and interrogatories, inclusive of discovery on the business and financial transactions of Plaintiff

9    and other entities controlled by Plaintiff's members implicated in this matter (*e.g.,* Arcadian New

10   Venture GP LLC, Arcadian Capital Partners, *etc.*)

11   No changes needed to R. 26(a) disclosures. No need for phased discovery. No other

12   orders needed.

13   **k.    Discovery Cut-Off**

14   See Exhibit A attached.

15   **l.    Expert Discovery**

16   See Exhibit A attached.

17   **m.    Dispositive Motions**

18   Plaintiff: Summary judgment premised on the Agreement and inapplicability of

19   Defendant's affirmative defenses.

20   Defendant:  Summary Judgment on the formation and enforceability of the Agreement,

21   both as to Plaintiff's burden to establish a prima facie claim for Breach of Contract, and on one

22   or more of Defendant's affirmative defenses.

23   **n.    Settlement/ADR**

24   No settlement discussions to date. However, as of the date of this report, the parties are

25   exploring early mediation and exchanging potential lists of mediators. At the appropriate time,

26   the parties prefer private mediation in Los Angeles, CA. The parties intend to complete

**USDC CASE NO. 2:20-cv-03372 DSF**
**JOINT RULE 26(f) REPORT**

1 mediation in accordance with the proposed case schedule.

2 **o.     Trial Estimate**

3 The parties estimate a five-day jury trial.

4 Plaintiff: Six witnesses.

5 Defendant: Six witnesses.

6 **p.     Trial Counsel**

7 Plaintiff: Kenneth G. Ruttenberg, The Ruttenberg Law Firm, P.C., Los Angeles, CA.

8 Defendant: Keith A. Pitt, Slinde Nelson, Portland, OR.

9 ** Defendant is in the process of retaining additional counsel located in Los Angeles,

10 CA. This will not impact the proposed timelines or case schedule in any way.

11 **q.     Independent Expert or Master**

12 Not applicable.

13 **r.     Timetable**

14 See Exhibit A attached.

15 **s.     Other Issues**

16 Depending on the discovery obtained, Defendant is presently evaluating whether to assert

17 a counterclaim against Plaintiff – or to join one or more of Plaintiff's purported

18 incorporators/members to this litigation – and to recover damages of approximately $390,000.00

19 and attorney fees/costs based on the state and federal securities violations alleged by Defendant

20 in this matter.

21 DATED:  June 11, 2020.                              THE RUTTENBERG LAW FIRM, P.C.

22

23                              By:    _/s/ Kenneth G. Ruttenberg_____
24                                     Kenneth G. Ruttenberg, SBN.  167377
                                       Attorneys for Plaintiff
25                                     ARCADIAN CAPITAL LLC
26

**USDC CASE NO. 2:20-cv-03372 DSF**
**JOINT RULE 26(f) REPORT**

1    DATED:  June 11, 2020.                              SLINDE NELSON

2

3                                            By:    _/s/ Keith A. Pitt_____
                                                    Keith A. Pitt, SBN. 254901
4                                                   Attorneys for Defendant
                                                    CURA PARTNERS INC.
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**USDC CASE NO. 2:20-cv-03372 DSF**
**JOINT RULE 26(f) REPORT**

## SCHEDULE OF PRETRIAL AND TRIAL DATES

CASE NAME: Arcadian Capital LLC v. Cura Partners Inc., et al.

CASE NO:  2:20−cv−03372−DSF−AS

| Matter | Time | Weeks before trial | Plaintiff(s) Request | Defendant(s) Request | Court's Order |
|---|---|---|---|---|---|
| Trial (jury) (length _five_ days) (**Tuesday**) | 8:30 am | | 5/11/21 | 6/08/21 | |
| For Court Trial<br>Lodge Findings of Fact and Conclusions of Law, LR 52, and Summaries of Direct Testimony | | 3 | 4/20/21 | 5/18/21 | |
| Pretrial Conference, LR 16; (Monday)<br>Hearing on Motions in Limine | 3:00 pm | 4 | 4/12/21 | 5/10/21 | |
| For Jury Trial<br>Lodge Pretrial Conference Order, LR 16−7;<br>File Agreed Set of Jury Instructions and Verdict Forms;<br>File Statement Regarding Disputed Instructions, Verdicts, etc.;<br>File Oppositions to Motions in Limine | | 6 | 3/30/21 | 4/27/21 | |
| For Jury Trial<br>File Memo of Contentions of Fact and Law, LR 16−4;<br>Exhibit & Witness Lists, LR 16−5,6;<br>File Status Report Regarding Settlement;<br>File Motions in Limine | | 7 | 3/23/21 | 4/20/21 | |
| Last date to conduct ADR Proceeding, LR 16−15 | | 12 | 2/16/21 | 3/16/21 | |
| Last day for **hearing** motions, LR 7 (Monday) | 1:30 pm | 14 | 2/01/21 | 3/01/21 | |
| Non−expert Discovery Cut−off | | 21+ | 11/16/20 | 11/20/20 | |
| Expert Disclosure (initial) | | | 11/03/20 | 11/24/20 | |
| Expert Disclosure (rebuttal) | | | 11/24/20 | 12/22/20 | |
| Expert Discovery Cut−off | | 21+ | 12/15/20 | 1/12/21 | |
| Last Date to Amend Pleadings or Add Parties | | | 8/20/20 | 9/22/20 | |
| | | | | | |

LR 16−15 ADR Choice:  ☐ 1. USMJ          X☐ 3. Outside ADR

☐ 2. Attorney Settlement Panel

Exhibit A

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

      At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California.  My business, address is 1901 Avenue of the Stars, Suite 1020, Los Angeles, California 90067.

      On **June 11, 2020**, I served true copies of the following document(s) described as **JOINT RULE 26(f) REPORT** on the interested parties in this action as follows:

| | |
|---|---|
| Keith A. Pitt, Esq. | *Attorneys for Defendant* |
| Slinde Nelson | *Cura Partners Inc.* |
| 425 NW 10th Avenue, Suite 200 | |
| Portland, OR 97209 | |
| Tel: (503) 417-7777 | |
| Fax: (503) 417-4250 | |
| Email: keith@slindenelson.com | |
| Email: caitlin@slindenelson.com | |
| Email: joe@slindenelson.com | |
| Email: selma@slindenelson.com | |
| Email: phil@slindenelson.com | |

[ ]     **BY U.S. MAIL:**  I am readily familiar with my firm's or other business's practice for the collection and processing of correspondence for mailing with the United States Postal Service.  In the ordinary course of business, correspondence would be deposited with the United States Postal Service that same day.  I placed true copies of the above-entitled document in envelopes addressed as shown above with postage fully prepaid, and sealed and placed them for collection and mailing on the date stated above, following ordinary business practices.

[x]     **BY ELECTRONIC MAIL:**  I caused said document(s) to be transmitted by electronic mail to the addressee(s) above.

      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

      Executed on **June 11, 2020**, at Los Angeles, California.

*Imelda Ureño*
Imelda Ureño